# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Court File No. 14-cv-01467 (DWF-JSM)

Walter Louis Franklin, II, Trustee for the
Estate of Terrance Terrell Franklin,

Plaintiff,

<strong>DECLARATION OF<br>MICHAEL B. PADDEN</strong>

vs.

Lucas Peterson, et al.,

Defendants.

---

1. My name is Michael B. Padden.  I am one of the attorneys representing Plaintiff.

## CD-Rom

2. Attached hereto as Exhibit 1 is video on CD-Rom that depicts the outside of the apartment complex on Lyndale Avenue where MPD personnel initially had contact with Terrance Franklin. This was CD-Rom 28 produced by Defendants and reproduced by Plaintiff's counsel for the Court's viewing.

## Depositions

3. Attached hereto as Exhibit 2 is a true and correct copy of a portion of the deposition transcript of Timothy Dolan for this matter.

4. Attached hereto as Exhibit 3 is a true and correct copy of the deposition transcript of Mark Kaspszak for this matter.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition transcript of Gerald Moore for this matter.

6. Attached hereto as Exhibit 5 is a true and correct copy of the deposition transcript of

Antohny Oberlander for this matter.

7. Attached hereto as Exhibit 6 is a true and correct copy of the deposition transcript of Stephen Sporny for this matter.

## Expert Reports

8. Attached hereto as Exhibit 7 is a true and correct copy of the expert report of Charles W. Drago for this matter.

9. Exhibit 8 is blank.

10. Attached hereto as Exhibit 9 is a true and correct copy of the expert report of Sean L. Harrington for this matter.

## Statement; Miscellaneous

11. Attached hereto as Exhibit 10 is a true and correct copy of Supplement # 48, prepared by Dave Scheibel.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Q and A of Sgt. Andrew Stender.

13. Attached hereto as Exhibit 12 is a true and correct copy of a BCA Report which indicates Scheibel's DNA was on the MP5 when analyzed.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed pursuant to 28 U.S.C.§ 1746 on today's date July 8, 2016.

Dated: July 8, 2016

Michael B. Padden