# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4429

Walter Louis Franklin, II, Trustee for the Estate of Terrance Terrell Franklin

Appellee

v.

Lucas Peterson, individually, and in his official capacity, et al.

Appellants

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-01467-DWF)
_____

**ORDER**

Appellants' motion to stay the mandate is denied.

February 23, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans